Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. NANCY L. RATHBONE, Respondent, for Compensation under the Workmen's Compensation Law, Claimed to Be Due GEORGE S. RATHBONE, Deceased, Her Husband, v. E. L. WHEELER, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES F. HARMON, Respondent, for Compensation under the Workmen's Compensation Law, v. NATIONAL ICE AND COAL COMPANY, Employer, and ICE DEALERS' MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. J. HOSPERS for Compensation under the Workmen's Compensation Law for the Death of HENRY P. HOSPERS, Respondent, v. J. HUNGERFORD-SMITH COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.—Award affirmed on the authority of *Matter of Klein* v. *Stoller & Cook Co.* (220 N. Y. 670); *Matter of Fitzpatrick* v. *Blackall & Baldwin Co.* (Id. 671), and *Jenkins* v. *Hogan & Sons, Inc.* (177 App. Div. 36), it having been found that the contract of employment was made in the year 1914. All concur, except John M. Kellogg, P. J., dissenting on the authority of *Matter of Smith* v. *Heine Boiler Co.* (224 N. Y. 9) and *Matter of Gardner* v. *Horseheads Construction Co.* (171 App. Div. 66).

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ALICE GORLE, Widow, Respondent, for Compensation under the Workmen's Compensation Law, for Herself and Minor Children, for the Death of HENRY GORLE, v. ALFRED E. JOY COMPANY, INC., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.—Award modified by striking out the compensation for the first fourteen days of disability, and as so modified affirmed. All concur, except John M. Kellogg, P. J., and Kiley, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ISRAEL FELDMAN, Respondent, for Compensation under the Workmen's Compensation Law, v. ELMONT CEMETERY, INC., Employer, Appellant.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MABEL J. LUTZ, Respondent, for Compensation under the Workmen's Compensation Law, Claimed to Be Due WILLIAM A. LUTZ, Her Husband, Deceased, v. THEO. P. HUFFMAN & Co., Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.—Awards unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law of ANNA R. O'BRIEN, Widow, Respondent, for the Death of THOMAS S. O'BRIEN, Deceased, v. GREAT LAKES DREDGE AND DOCK COMPANY,